**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-10164  
**Case Name:** Classic Acquisition, LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (530040) Barbara B. Stalzer  
**Date Filed (f) or Converted (c):** 03/08/2022 (c)  
**§ 341(a) Meeting Date:** 05/05/2022  
**Claims Bar Date:** 06/29/2022

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Cash on hand | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Bank of America - negative balance of -$1,119.38 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Bank of America - Negative balance of -$94.76 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Bank of America - Negative balance of -$817.07 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | A/R 90 days old or less. Face amount = $5,873.92. Doubtful/Uncollectible accounts = $0.00. | 5,873.92 | 5,873.92 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | See attached list of Office Equipment and Furniture. | 3,367.20 | 3,367.20 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Security System. | 4,500.00 | 4,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Tools and equiptment for operation of body shop - see attached list. | 452,511.00 | 452,511.00 | | 80,051.50 | FA | 0.00 | 0.00 |
| 9 | 7 and 3 London Rd., Asheville, NC 2.75 acres ($7,493,750.00) and 3 London Rd., Asheville, NC ($599,500.00), Fee simple | 8,093,250.00 | 0.00 | | 0.00 | FA | 10,226,239.42 | 0.00 |
| 10* | DEPOSITS OF MONEY (u) (See Footnote) | 0.00 | 25.00 | | 25.00 | 0.00 | 0.00 | 0.00 |
| **10** | **Assets Totals (Excluding unknown values)** | **$8,559,702.12** | **$466,477.12** | | **$80,076.50** | **$0.00** | **$10,226,239.42** | **$0.00** |

RE PROP# 10    Funds in DIP account

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Trustee was appointed upon the conversion from a Subchapter V Chapter 11 on March 8, 2022. Trustee has caused the equipment and inventory of Debtor to be sold at auction. Real estate at 3 and 7 London Rd. is now on the market along with the real estate parcel in the Biltmore Land Corporation case, 22-10054. Trustee is investigating Debtor's financial history.

**Initial Projected Date Of Final Report (TFR):** 12/31/2023   **Current Projected Date Of Final Report (TFR):** 12/31/2023

07/31/2022  
Date

/s/Barbara B. Stalzer  
Barbara B. Stalzer

Copy Served On:   Shelley K. Abel  
　　　　　　　　Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-10164 | Trustee Name: | Barbara B. Stalzer (530040) |
|---|---|---|---|
| Case Name: | Classic Acquisition, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9225 | Account #: | ******0312 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $17,485,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/22 | {10} | TD Bank | To close DIP account | 1229-000 | 25.00 |  | 25.00 |
| 06/27/22 | {8} | Iron Horse Auction Co. Inc. | Proceeds from auction of equipment and furniture | 1129-000 | 80,051.50 |  | 80,076.50 |
| 06/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 12.83 | 80,063.67 |

| Account | | | | | |
|---|---|---|---|---|---|
|  | Balance Forward | 0.00 |  |  |  |
| 2 | Deposits | 80,076.50 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 12.83 |
|  | Subtotal | 80,076.50 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 |  | Total | 12.83 |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | 80,076.50 |  |  |  |

Page Subtotals:    $80,076.50    $12.83

*{ } Asset Reference(s)*                                                                                       *! - transaction has not been cleared*

**Form 2**

# Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10164 | **Trustee Name:** | Barbara B. Stalzer (530040) |
| **Case Name:** | Classic Acquisition, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9225 | **Account #:** | ******0312 Checking |
| **For Period Ending:** | 06/30/2022 | **Blanket Bond (per case limit):** | $17,485,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $80,076.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $80,076.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0312 Checking | $80,076.50 | $12.83 | $80,063.67 |
| | **$80,076.50** | **$12.83** | **$80,063.67** |

07/31/2022  
Date

/s/Barbara B. Stalzer  
Barbara B. Stalzer