UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Classic Acquisition, LLC | ) | Case No.: 21-10164 |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Barbara Stalzer, Trustee of the | ) | |
| Bankruptcy Estate of | ) | |
| Classic Acquisition, LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Denise Anne Morrow, Allen Equities, | ) | Adversary Proceeding No. |
| Inc., NEXXUS Global, Inc., Green Cross | ) | 23-01005 |
| Holdings, LLC, Synergy Holdings, LLC, | ) | |
| Ira Inman, Green Toy, LLC, High | ) | |
| Country Ranch, LLC, Travelers | ) | |
| National Trust, Aaron Morrow, | ) | |
| Scarboro Studios, Inc., Steven A. Smith, | ) | |
| and SA Smith, Inc., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**RULE 9019 MOTION TO APPROVE SETTLEMENT**

Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and Local Rules 9013-1(e)(17) and 9019-1, Barbara B. Stalzer, Trustee of the bankruptcy estate of Classic Acquisition, LLC ("Trustee"), moves the Court to enter an order approving the Settlement Agreement ("Agreement") between the Trustee and Denise Anne Morrow, Allen Equities, Inc., NEXXUS Global, Inc.,

Green Cross Holdings, LLC, Synergy Holdings, LLC, Ira Inman, Green Toy, LLC, High Country Ranch, LLC, Travelers National Trust, Aaron Morrow, Scarboro Studios, Inc., Steven A. Smith, and SA Smith, Inc. (collectively, "Defendants"). (Trustee and Defendants are collectively the "Parties.")  To support this Motion, the Trustee respectfully submits:

## JURISDICTION

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is appropriate pursuant to 28 U.S.C. § 1409, and the relief sought is authorized under Bankruptcy Rule 9019.

2.      Plaintiff is the duly-appointed, acting, and qualified Chapter 7 Trustee for the Bankruptcy Estate of Classic Acquisition, LLC ("Debtor") in the Bankruptcy case bearing Case Number 21-10164 ("Base Case" or "Bankruptcy Case") filed on September 1, 2021 ("Petition Date"), and pending in the United States Bankruptcy Court for the Western District of North Carolina.

3.      Debtor is a limited liability company organized under the laws of Georgia.

4.      Upon information and belief, Defendant Denise Anne Morrow aka Denise Almond Morrow, D.A. Morrow, Denise Marrow Morrow, Denise M. Morrow, Denise Patton Morrow, Denise M. Almond-Morrow, and Denise M. Patton ("Morrow") is a resident of Georgia.

5.      Defendant Allen Equities, Inc. is a North Carolina corporation with a principal place of business and mailing address in Buncombe County, North Carolina.  Upon information and belief, Morrow is the president and 100% shareholder of Allen Equities. Allen Equities is the 50% owner of the Debtor.

6.      Defendant NEXXUS Global, Inc. is a Florida corporation with a principal place of business and mailing address in Buncombe County, North

2

Carolina ("NEXXUS").  Upon information and belief, Morrow is the president and 100% shareholder of NEXXUS.

7.      Upon information and belief, Defendant Green Cross Holdings, LLC ("Green Cross Holdings") was a North Carolina limited liability company, formed in 2017, with a registered and mailing address in Asheville, Buncombe County, North Carolina.   The North Carolina Secretary of State administratively dissolved it on October 11, 2019, it was reinstated on July 16, 2020, and administratively dissolved again on March 17, 2023. Upon information and belief, Anne Morrow was its sole member and manager.

8.      Upon information and belief, Defendant GreenToy, LLC ("GreenToy") was a North Carolina limited liability company, formed in 2017, with a registered and mailing address in Asheville, Buncombe County, North Carolina. The North Carolina Secretary of State administratively dissolved it on February 2, 2018.   Upon information and belief, Anne Morrow was its sole member and manager.

9.      Upon information and belief, Defendant Ira Inman is a resident of San Diego County, California.

10.      Defendant Synergy Holdings LLC ("Synergy") is a limited liability corporation organized under the laws of North Carolina.

11.      Upon information and belief, Defendant Aaron Morrow is a resident of Buncombe County, North Carolina.  Aaron Morrow is the son of Anne Morrow.

12.      Upon information and belief, Defendant Scarboro Studios, Inc., formerly known as Scarboro Fair Studios, Inc. ("Scarboro"), is a Georgia corporation formed in 2017 with a business address in Asheville, Buncombe County, North Carolina.  Upon information and belief, Anne Morrow is the CEO, CFO and 100% shareholder of Scarboro.

3

13.     Upon information and belief, Defendant Travelers National Trust is an unregistered "doing business as" for Allen Equities, Inc. or Anne Morrow. No entity registration appears with that name with the Secretary of State of North Carolina or Georgia.

14.     Upon information and belief, Defendant High Country Ranch, LLC is a California corporation formed in 2017 ("High Country Ranch").  Upon information and belief, Anne Morrow was the sole member and manager until 2022, when Ira Inman was added as a manager.

15.     Upon information and belief, Defendant Steven A. Smith is a resident of Henderson County, North Carolina.

16.     Defendant SA Smith, Inc. is a North Carolina corporation with, upon information and belief, a principal place of business and mailing address in Buncombe County, North Carolina.

17.     NEXXUS, Green Cross Holdings, GreenToy, Scarboro, and High Country Ranch are referred to collectively as the "Morrow Entities."

18.     On July 17, 2023, Plaintiff filed an Adversary Complaint against Defendants, Case Number 23-01005 ("Adversary").

19.     In the Adversary Complaint, Plaintiff asserted a variety of claims and causes of action against Defendants and sought damages exceeding $1.5 million.

20.     On July 18, 2023, upon Plaintiff's Motion, the Court entered a Temporary Restraining Order in the Adversary as to the California Ranch, as defined in the Adversary Complaint, to August 1, 2023.  By Consent Order, the Temporary Restraining Order was extended to September 5, 2023.

21.     The Parties, through counsel, engaged in good-faith settlement negotiations to resolve the Adversary and, on or about August 17, 2023, reached an agreement on settlement terms.

22.     A copy of the proposed Settlement Agreement is attached as **Exhibit 1**.

23.     To avoid the prospect of prolonged and costly litigation, and uncertainty as to collectability of any judgment obtained against any of the Defendants in the Adversary, the Parties desire to compromise, settle, and release all of the claims in the Adversary.

24.     The settlement, resolution, and resulting payments under the Agreement are provided as consideration for the compromise of the Adversary; provided, however, that no payment, release, or other consideration given constitutes an admission of liability by any of the Parties, all such liability being expressly denied.

### SETTLEMENT TERMS

25.     The material terms of the Agreement are:

A.     Confession of Judgment.  Within 5 days of entry of a Bankruptcy Court Order approving the Agreement ("Settlement Date"), Defendants Denise Anne Morrow, Allen Equities, Inc., Steven A. Smith, SA Smith, Inc., High Country Ranch, LLC, Nexxus Global, Inc., Green Cross Holdings, Inc., GreenToy, LLC, Scarboro Studios, Inc., and Denise Anne Morrow dba Travelers National Trust will execute a Confession of Judgment in favor of Plaintiff.  The Confession of Judgment will not be filed pending compliance with the other terms of this Agreement.  In the event of default, before filing the Confession of Judgment, Plaintiff will file an Affidavit of payment so that Defendants receive credit for all payments received by Plaintiff under this Agreement.

B.     Personal Financial Statement.  Within 5 days of the Settlement Date, Defendant Denise Anne Morrow will provide Plaintiff with a signed and verified Personal Financial Statement.

C.     Settlement Payment.  Defendants shall pay or cause to be paid to Plaintiff the aggregate amount of $1,350,000 ("Settlement Amount"), as follows: An initial payment of $100,000 within 60 days of the Settlement Date ("Initial Payment"), then one payment of $100,000 by December 31, 2023 ("Second Payment"), and one final payment of $1,150,000 by February 29, 2024 ("Final Payment").  If the Defendants fail to make the Second Payment or Final Payment by the due date, then they will have a 30-day grace period to make the payment without triggering a default.  Defendants may pre-pay the Settlement Amount at any time without penalty.

D. <u>Second Deed of Trust as Collateral</u>.  To ensure Defendants' faithful observance of all terms and conditions set forth in the Temporary Restraining Order and this Settlement Agreement, including, but not limited to, the payment of the Settlement Amount, all necessary Defendants will execute a 2nd position Deed of Trust ("Second Deed of Trust"), in form and content legally binding under California law, and it will be recorded against the Defendants' real property at 5755 Boulder Creek Rd., Julian, CA 92067, defined in the Adversary Complaint as the "California Ranch."  The Temporary Restraining Order states that Defendants Anne Morrow, Ira Inman and High Country Ranch, LLC, or anyone acting on their behalf, are enjoined from further encumbering the California Ranch by drawing on any loan or lines of credit secured by the California Ranch.  This includes the $1,750,000 loan obtained on or around 14 November, 2022, by High Country Ranch, LLC, which is secured by a 1st position Deed of Trust and Assignment of Leases and Rents, Fixture Filing, and evidenced by a security agreement in favor of several lenders, collectively referred to in the Adversary Complaint as the "Maggio Capital Deed Of Trust." Said Deed of Trust is recorded with the San Diego County Recorder as Document Number 2022-0436593. Notwithstanding the foregoing, the Parties agree that they will consent to the Second Deed of Trust being recorded against the California Ranch to secure the Defendants' settlement obligations to Plaintiff, and will request the Court modify the Temporary Restraining Order in the Settlement Motion.

E. <u>Dissolution of TRO</u>.  As part of the Settlement Motion and upon the recordation of the Second Deed of Trust, the Parties will request the Court dissolve the Temporary Restraining Order.

F. <u>Replacement Financing</u>.  The Parties acknowledge that Defendants may seek to pledge or encumber the California Ranch to secure financing to pay all or part of the Settlement Amount (the "Replacement Financing").  The  Second Deed of Trust shall remain in place unless and until it is released and reconveyed as part of any Replacement Financing transaction that satisfies in full the Settlement Amount.   The Parties agree to work together in good faith and provide the appropriate disclosures as necessary to meet the purpose and spirit of this Agreement.  The parties further agree to take all necessary and reasonable other steps to facilitate the Replacement Financing.

G. <u>Dismissal of Adversary as to Confession of Judgment Defendants</u>. Within five days of receipt of the Confession of Judgment, Second Deed of Trust, and the Initial Payment, Plaintiff will file a Notice of Voluntary Dismissal with prejudice of the Adversary under Rule 7041 of the Rules of Bankruptcy Procedure as to Defendants Denise Anne Morrow, Steven A. Smith, Allen Equities, Inc., High Country Ranch, LLC, Nexxus Global, Inc., Green Cross Holdings, Inc., GreenToy, LLC, Scarboro Studios, Inc.  Denise Anne Morrow dba Travelers National Trust, and SA Smith, Inc.

H. <u>Stay of Adversary as to Aaron Morrow, Ira Inman, and Synergy Holdings, LLC</u>.  Within five days of receipt of the Confession of Judgment, Second

6

Deed of Trust, and the Initial Payment, Plaintiff and Defendants Aaron Morrow, Ira Inman, and Synergy Holdings, LLC will file a Joint Motion to Stay the Adversary as to them until the term of this Agreement expires. Upon receipt of the Final Payment, Plaintiff will file a Notice of Voluntary Dismissal with prejudice of the Adversary under Rule 7041 of the Rules of Bankruptcy Procedure as to Defendants Aaron Morrow, Ira Inman, and Synergy Holdings, LLC.

## BASIS FOR RELIEF REQUESTED

26.     Bankruptcy Rule 9019(a) provides the basis for the relief requested in this motion and provides: "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."

27.     Generally, "compromises are favored in bankruptcy." *Myers v. Martin,* 91 F.3d 389, 393 (3d Cir. 1996) (quoting 9 *Collier on Bankruptcy* ¶ 9019.03[1] (15th ed. 1993)).  In approving a settlement, the court "need not conduct an exhaustive investigation," or mini-trial, "into the validity of the merits of the claims sought to be compromised." *United States v. Alaska Nat'l Bank (In re Walsh Constr., Inc.),* 669 F.2d 1325, 1328 (9th Cir. 1982).  It is sufficient that the court finds that the settlement was negotiated in good faith as well as being reasonable, fair and equitable. *See Martin v. Kane (In Re: A & C Properties),* 784 F.2d 1377, 1381 (9th Cir. 1986).

28.     Courts have identified the following factors for consideration in determining whether a proposed settlement agreement is reasonable, fair, and equitable:

> (1) the probability of success in litigation; (2) the likely difficulties in collection; (3) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (4) the paramount interest of creditors.

*See Myers*, 91 F.3d at 393 (citing *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson,* 390 U.S. 414, 424-25 (1968)); *See also In re Maloy,* 2009 WL 4800070, *3 (Bankr. W.D.N.C. Dec. 7, 2009)

29.     The consideration of the above factors does not require the Court

7

to decide the questions of law and fact raised in the controversies to be settled, or to determine whether the settlement presented is the best one that could possibly have been achieved. Rather, the Court need only canvass the issues to determine whether the settlement falls "below the lowest point in the zone of reasonableness." *Newman v. Stein*, 464 F.2d 689, 698 (2d Cir. 1972); *see, e.g., Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir. 1983). Finally, although the Court should "give deference to the reasonable views of creditors, objections do not rule." *In re Lee Way Holding Co.,* 120 B.R. 881, 891 (Bankr. S. D. Ohio 1990).

30. The Parties have each determined, with the assistance of counsel, that their best interests are served by settling their claims on the terms set forth above.

31. The Trustee also submits that the Agreement: (a) is in the best interest of the Debtor's estate and all creditors; (b) is reasonable, fair, and equitable; (c) favorably avoids the uncertainty and costs related to litigating said claims; and (d) readily yields substantial funds that can be distributed to creditors in this case.

32. As a result, Court approval of the Agreement is warranted in these circumstances and is in the best interests of the bankruptcy estate and all parties in interest.

### NOTICE

33. Notice of this Motion has been provided to (a) Denise Anne Morrow, Allen Equities, Inc., NEXXUS Global, Inc., Green Cross Holdings, LLC, Synergy Holdings, LLC, Ira Inman, Green Toy, LLC, High Country Ranch, LLC, Travelers National Trust, Aaron Morrow, Scarboro Studios, Inc., Steven A. Smith, and SA Smith, Inc., (b) the Bankruptcy Administrator for the Western District of North Carolina; (c) the Debtor' twenty largest unsecured creditors, and (e) those parties requesting notice pursuant to Bankruptcy Rule 2002.

8

**WHEREFORE,** the Trustee respectfully requests that the Court enter an order approving the Agreement and granting such other relief as the Court deems just and proper.

This the 18th day of August, 2023.

> */s/ Lance P. Martin*_____
> Lance P. Martin
> N.C. State Bar No. 027287
> email: docketCR@wardandsmith.com *
> email: lpm@wardandsmith.com **
> Ward and Smith, P.A.
> Post Office Box 2020
> Asheville, NC  28802-2020
> Telephone:  828.348.6070
> Facsimile:  828.348.6077
> Attorneys for Barbara B. Stalzer, as Trustee
>     for Classic Acquisition, LLC

9

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Classic Acquisition, LLC | ) | Case No.:  21-10164 |
| Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Barbara Stalzer, Trustee of the | ) | |
| Bankruptcy Estate of | ) | |
| Classic Acquisition, LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Denise Anne Morrow, Allen Equities, | ) | Adversary Proceeding No. |
| Inc., NEXXUS Global, Inc., Green Cross | ) | 23-01005 |
| Holdings, LLC, Synergy Holdings, LLC, | ) | |
| Ira Inman, Green Toy, LLC, High | ) | |
| Country Ranch, LLC, Travelers | ) | |
| National Trust, Aaron Morrow, | ) | |
| Scarboro Studios, Inc., Steven A. Smith, | ) | |
| and SA Smith, Inc., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY FOR HEARING**

TAKE NOTICE that Barbara B. Stalzer, Trustee of the bankruptcy estate of Classic Acquisition, LLC ("Trustee") has filed papers with the Court for an order approving the Settlement Agreement ("Agreement") between the Trustee and Denise Anne Morrow, Allen Equities, Inc., NEXXUS Global, Inc., Green Cross Holdings, LLC, Synergy Holdings, LLC, Ira Inman, Green Toy, LLC, High Country Ranch, LLC, Travelers National Trust, Aaron Morrow, Scarboro Studios, Inc.,

Steven A. Smith, and SA Smith, Inc. (collectively, "Defendants") ("Motion").  A copy of the Motion is included with this Notice.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to order relief from the automatic stay, or if you want the Court to consider your views on the Motion, then on or before fourteen (14) days from the date of this Notice, you or your attorney must do three things:

1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:

> U.S. Bankruptcy Court
> Charles R Jonas Federal Building
> Western District of North Carolina
> 401 West Trade Street, Suite 2500
> Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2.     On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:

Lance P. Martin, Esq.
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020

Steven Haskins, Esq.
Haskins & Associates APC
3130 Bonita Rd., Ste. 203
Chula Vista, CA 91910

U.S. Bankruptcy Administrator Office
402 W. Trade Street, Suite 200
Charlotte, NC 28202

Martha Bradley, Esq.
Law Offices of Martha Sharpe Bradley, PLLC
721 N. Main St.
Waynesville, NC 28786

3. Attend the hearing scheduled **September 5, 2023, at 10:00 a.m., Main Courtroom, United States Bankruptcy Court, Western District of North Carolina, 100 Otis Street, Asheville, North Carolina** before the Honorable Judge George Hodges.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 18th day of August, 2023.

/s/ Lance P. Martin_____
Lance P. Martin
N.C. State Bar No. 027287
email: docketCR@wardandsmith.com *
email: lpm@wardandsmith.com **
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Barbara B. Stalzer, as Trustee
    for Classic Acquisition, LLC

CERTIFICATE OF SERVICE

I certify that the foregoing RULE 9019 MOTION TO APPROVE SETTLEMENT and NOTICE OF HEARING was filed electronically in accordance with the local rules and was served electronically on those entities that have properly registered for such electronic service.  Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

Classic Acquisitions, LLC
dba Classic Paint and Body
P.O. Box 263A
1854 Hendersonville Rd.
Asheville, NC  28803
*Debtor/PRO SE*

Biltmore Land Corporation
1854 Hendersonville Rd. #220A
Asheville, NC 28803
*Debtor for Case No. 22-10054*

Jessica R. Galletta, Esq.
Galletta Law Firm
1520 Brixham Hill Ave., Ste 300
Charlotte, NC 28277
*Attorney for Debtor Biltmore Land Corporation*
***Served via CM/ECF***

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC  28202
U.S. Trustee
***Served via CM/ECF***

Steven W. Haskins, Esq.
HASKINS & ASSOCIATES, APC
3130 Bonita Road, Suite 203
Chula Vista, CA  91910
*Attorney for Denise Anne Morrow, Allen Equities, Inc., NEXXUS Global, Inc., Green Cross Holdings, LLC, Synergy Holdings, LLC, Ira Inman, Green Toy, LLC, High Country Ranch, LLC, Travelers National Trust, Aaron Morrow, and Scarboro Studios, Inc.*

Martha Sharpe Bradley, Esq.
LAW OFFICE OF MARTHA SHARPE BRADLEY, PLLC
721 N. Main St.
Waynesville, NC 28786
*Attorney for Steven A. Smith, and SA Smith, Inc.*
***Served via CM/ECF***

Denise Anne Morrow
1024 Bayside Drive, #447
Newport Beach, CA 92660

Allen Equities, Inc.
c/o D. A. Morrow,
its Chief Executive Officer
1024 Bayside Drive, #447
Newport Beach, CA 92660

13

NEXXUS Global, Inc.
c/o Anne Morrow,
its Chief Executive Officer
1024 Bayside Drive, #447
Newport Beach, CA 92660

Green Cross Holdings, LLC
c/o Hamlet R. Hassan,
its Member-Manager or any Member,
Manager or Agent
2630 SW 107th Ave
Miami, FL 33165

Synergy Holdings, LLC
c/o Northwest Registered Agent Service, Inc.
its Registered Agent, or any Member,
Manager or Agent
4030 Wake Forest Road, STE 349
Raleigh, NC 27609

Ira Inman
108 Cedar Forest Trail
Asheville, NC 28803

Green Toy, LLC
c/o DA Morrow, its Managing Member
or any Member, Manager or Agent
1854 Hendersonville Road, Suite 220A
Asheville, NC 2803

High Country Ranch, LLC
c/o Anne Morrow, its Member-Manager
4045 Bonita RD., Suite 204
Bonita CA 91902

Travelers National Trust
c/o Denise Anne Almond Morrow,
its Trustee
1024 Bayside Drive, #447
Newport Beach, CA 92660

Aaron Morrow
4355 Cobb PKWY SE PMB 510J
Atlanta, GA 30339-4657

Scarboro Studios, Inc.
c/o Denise A. Morrow, its Chief Executive
Officer
1024 Bayside Drive, #447
Newport Beach, CA 92660

Steven Allen Smith
451 Mullinax Cove Rd
Horse Shoe, NC 28742-7720

SA Smith, Incorporated
c/o Steven A. Smith,
its Registered Agent
451 Mullinax Cove Rd
Horse Shoe, NC 28742-7720

Keystone Paint
34-A New Leister Hwy.
Asheville, NC 28806-2740

United Federal Credit Union
c/o Mark A. Pinkson
Van Winkle, Buck, Wall, Starnes and Davis
PO Box 7376
Asheville, NC 28802-8506
***Served via CM/ECF***

Christopher P. Raab, Esq.
Casey F. Cogburn, Esq.
Caudle & Spears, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC 28202-1193
*Attorney for Hendrick Automotive Group*
***Served via CM/ECF***

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

CAN Capital
Building 500
2015 Vaughn Rd. NW
Kennesaw, GA 30144-7831

Credibility Capital
625 Broad Street
Newark, NJ  07102-4417

Funding Circle USA, Inc.
P.O. Box 398383
San Francisco, CA  94139-8383

Kabbage, Inc.
730 Peachtree St. NE
Suite 1100
Atlanta, GA 30308-1263

Kabbage, Inc.
925B Peachtree St. NE
Suite 383
Atlanta, GA 30308-3918

Dent FX
15 Kaylor Drive
Arden, NC 28704-8801

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Ann Rand
P.O. Box 2930
Cook, MN 55723-2930

Blue Cross Blue Shield NC
PO Box 580017
Charlotte, NC 28258-0017

CCC One
222 Merchandise Mart Plaza
Suite 900
Chicago, IL  60654-1105

Finix Parts
584 Mcswain Rd.
Forest City, NC 28043

Hunter Corporation
Dennis L. Martin, Esq.
Roberts & Stevens, P.A.
P.O. Box 7647
Asheville, NC 28802-2010

Buncombe County Tax Collections
94 Coxe Avenue
Asheville, NC 28801-3620

Dent FX
239 Airport Rd, Suite 7-177
Arden, NC 28704-6402

15

Dennis O'Dea, Esq.
SFS Law Group
122 N. McDowell Street
Charlotte, NC 28204
*Attorney for Allen Equities, Inc., Nexxus Global, Inc., Synergy Holdings, LLC, SA Smith, Inc., Ira Inman, Denise Anne Morrow, Steve Smith and Christopher Aaron Morrow*

This the 18th day of August, 2023.

/s/ Lance P. Martin_____
Lance P. Martin
N.C. State Bar No. 027287
email:  docketCR@wardandsmith.com *
email:  lpm@wardandsmith.com **
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC  28802-2020
Telephone:  828.348.6070
Facsimile:  828.348.6077
Attorneys for Barbara B. Stalzer, as Trustee
    for Classic Acquisition, LLC