

FILED & JUDGMENT ENTERED

Christine F. Winchester

September  5  2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

IN RE:                                          :
                                                :
   **Classic Acquisition, LLC**                :
                                                :       **CHAPTER 7**
                                                :
**DEBTOR**                                      :       **CASE NO. 21-10164**
                                                :
                                                :
                                                :

## ORDER

This matter is before the undersigned on the Report to the Court and Motion of

for a  Mediation Order (the "Motion") between the Trustee and Defendants and former

Defendants in Adversary Proceeding 23-01005 (the "Adversary Proceeding"). The Trustee has

informed the Court that the sale of property known as High Country Ranch has not succeeded

either through a real estate broker or through an auctioneer. As a result the Trustee, her counsel,

Lance P. Martin, and Charles M. Ivey, III, representing Anne Morrow, Ira Inman, and other

defendants and former defendants in the Adversary Proceeding, are authorized and ordered to

engage in mediation of claims set forth in the Consents to Judgment, and in the Adversary

Proceeding, on or about the 9th of September, 2025 at the office of Charles M. Ivey III.


**This order has been electronically signed.**　　　　　　　　　**United States Bankruptcy Court signature**
**and Court's seal appear at the**
**top of the Order**