**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     CLASSIC ACQUISITION, LLC | ) |
| | )     **Case No. 21-10164** |
| | )     **Chapter 7** |
|     Debtor. | ) |
| | ) |

### NOTICE OF OPPORTUNITY FOR HEARING (NO PROTEST NOTICE – NO HEARING WILL BE HELD UNLESS REQUEST FOR HEARING IS FILED)

**TAKE NOTICE** that the undersigned has filed a Motion for Approval of Sale of Judgment for $2500 to SM Financial Services Corporation with the Court (the "Motion").  The judgment is the only remaining asset in the estate and the sale will allow the Trustee to close the case. A copy of the Motion is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order the relief sought, or if you want the Court to consider your views on the matter, then on or before **fourteen (14) days** from the date of this Notice, you or your attorney must do three things:

1. File with the Court a written response requesting that the Court hold a hearing and explaining your position. File the response at:

> United States Bankruptcy Court
> Western District of North Carolina
> 100 Otis Street
> Asheville, NC 28801

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. On or before the date stated above for written responses, you must also mail a copy of your written request to:

> Barbara B. Stalzer
> 406 Upper Flat Creek Rd.
> Weaverville, NC 28787

3. Attend the hearing scheduled for **June 2, 2026 at 10:00 AM** in the United States Bankruptcy Court, Western District of North Carolina at United States Bankruptcy Court, 100 Otis Street, Asheville, NC 28801.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,** and the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Any response shall clearly identify the specific Motion to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 9013-1.1b.

No further notice of this hearing will be given.

THIS, the 28th day of April, 2026.

 /s/ Barbara B. Stalzer
Barbara B. Stalzer
Attorney for Trustee
NC State Bar No. 54705
406 Upper Flat Creek Rd.
Weaverville, NC 28787
Telephone (828) 645-4145

**Attorney for the Trustee**